# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### GREENSBORO DIVISION

| | | |
|---|---|---|
| BUZZ OFF INSECT SHIELD, LLC, a<br>North Carolina limited liability company,<br>and INTERNATIONAL GARMENT<br>TECHNOLOGIES, LLC, a North<br>Carolina limited liability company, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:05CV00363<br>Consolidated with |
| v. | ) ) | Civil Action No. 1:05CV00739 |
| S.C. JOHNSON & SON, INC.,<br>a Wisconsin corporation | ) ) ) ) | |
| Defendant. | ) | |
| ------------------------------------------------- | ) | |
| S.C. JOHNSON & SON, Inc.,<br>a Wisconsin corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BUZZ OFF INSECT SHIELD, LLC.,<br>a North Carolina limited liability<br>company, and INTERNATIONAL<br>GARMENT TECHNOLOGIES, LLC., a<br>North Carolina limited liability company, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## BUZZ OFF INSECT SHIELD, LLC AND INTERNATIONAL GARMENT TECHNOLOGIES, LLC'S MOTION TO CLARIFY AND MODIFY LIMITED PORTIONS OF PERMANENT INJUNCTION

Defendants Buzz Off Insect Shield, LLC and International Garment Technologies, LLC (collectively "BOIS"), through counsel, move this Court to clarify and/or modify limited aspects of the Court's Permanent Injunction ("Injunction") dated March 6, 2009. This Court expressly retained jurisdiction to "modify this Injunction if appropriate" (Injunction at 3) and noted in the Order accompanying the Injunction that "to the extent some modification of the injunction may be appropriate under the particular circumstances . . . either party may file motions for modification in this case for consideration by the Court." (March 6, 2009 Order and Memorandum Opinion ("Order") at 47 n.7.)   Pursuant to the Court's invitation, BOIS hereby moves the Court to clarify and/or modify limited aspects of the Injunction as follows:

- Clarify and/or modify the Injunction to allow BOIS to make non-public, passive use of the <buzzoff.com> domain name for the limited purpose of preserving and redirecting emails inadvertently sent to its old, inactive <buzzoff.com> email addresses, including by (a) generating an automatic response to any email inadvertently sent to an inactive <buzzoff.com> email account, which incorporates a disclaimer like that described in Provision 7 of the Injunction, and (b) redirecting any email inadvertently sent to an inactive <buzzoff.com> email account to its analogous <insectshield.com> account.

- Clarify and/or modify the Injunction to allow BOIS to use the domain name for the soon-to-be inactive website at <buzzoff.com> for the sole additional purpose of passively and automatically redirecting inadvertent

visitors of that site to BOIS's new website at <insectshield.com>, while
again displaying a message incorporating the disclaimer language from
Provision 7 of the Injunction prior to redirection.

- Clarify and/or modify the Injunction to prohibit use of the "Buzz Off"
  mark only in connection with sales or marketing of goods and services.
  Specifically clarify and/or modify the Injunction to allow BOIS to use the
  company name "Buzz Off Insect Shield, LLC" and the words "Buzz Off,"
  without a disclaimer, in documents unrelated to the sales and marketing of
  products and services, such as in regulatory filings, private
  correspondence, and other similar documents where there is a need to do
  so, to avoid confusion and undue burden.

- Clarify that the Injunction prohibits use of "Buzz Off" only in connection
  with the products at issue in the present action.

- Clarify that the Injunction only governs use of the "BUZZ OFF" mark in
  the United States.

- Clarify and/or modify the Injunction to allow BOIS to make limited use of
  the "BUZZ OFF" mark, including on BOIS' new website located at
  <insectshield.com>, solely for the limited purpose of providing historical
  context for its Insect Shield products and the brand transition, such as to
  provide a short explanation of BOIS' brand name change on the
  <insectshield.com> website and providing links to old press releases,
  articles, and public relations clips referring to the previous "Buzz Off"

OC\1006112.1

037324-0008

brand, so long as such limited use, when on BOIS's website, is accompanied by a disclaimer in connection with the use incorporating language like that contained in Provision 7 of the Injunction.

- Clarify that BOIS is required to send the notices described in Provision 5 of the Injunction only to its own active third party manufacturers and distributor customers who have previously received "Buzz Off" brand products.

These requested clarifications and modifications of the Injunction are appropriate under the particular circumstances of this case in order to ensure that the provisions of the Injunction are carried out as intended by the Court without causing any undue confusion to consumers or any undue and unnecessary hardship to BOIS. BOIS submits a Memorandum in Support of the Motion and Affidavit of Haynes G. Griffin in Support of the Motion, filed contemporaneously herewith. A Proposed Order is attached.

Dated: April 3, 2009

By: /s/ Mack Sperling

Mack Sperling
North Carolina State Bar No. 11094
BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, LLP
2000 Renaissance Plaza
Post Office Box 26000
Greensboro, NC 27420
Phone: (336) 271-3125
Facsimile: (336) 232-9125

037324-0008

OF COUNSEL:

Perry J. Viscounty (Cal. State Bar No. 132143)
Michael W. De Vries (Cal. State Bar No. 211001)
Eli T. Ticatch (Cal. State Bar No. 234108)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Matthew W. Walch (Ill. State Bar No. 6226308)
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Attorneys for
BUZZ OFF INSECT SHIELD, LLC and
INTERNATIONAL GARMENT TECHNOLOGIES, LLC

OC\1006112.1

037324-0008

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2009, I electronically filed the foregoing **BUZZ OFF INSECT SHIELD, LLC AND INTERNATIONAL GARMENT TECHNOLOGIES, LLC'S MOTION TO CLARIFY AND MODIFY LIMITED PORTIONS OF PERMANENT INJUNCTION** and attached **PROPOSED ORDER** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Alan W. Duncan, Esq.
alan.duncan@smithmoorelaw.com
denise.gordon@smithmoorelaw.com

Allison O. Van Laningham, Esq.
allison.vanlaningham@smithmoorelaw.com
pam.salch@smithmoorelaw.com

and I hereby certify that I have mailed the documents to the following non CM/ECF participants:

LEAH RACHEL BRUNO
JAMES ANDREW KLENK
JOHN RANDOLPH LABBE
SONNENSCHEIN NATH & ROSENTHAL, LLP
233 S. WACKER DR.
8000 SEARS TOWER
CHICAGO, IL 60606

LAWRENCE I. WEINSTEIN
PROSKAUER ROSE, LLP
1585 BROADWAY
NEW YORK, NY 10036-8299

This the 3rd day of April, 2009.

/s/ Mack Sperling
Mack Sperling